**Opinion filed April 2, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00068-CR

_____

## IN RE RODNEY EARL MILLER

## Original Proceeding

## M E M O R A N D U M   O P I N I O N

Relator, Rodney Earl Miller, has filed a pro se petition in this court that relates to an application for writ of habeas corpus filed in the trial court pursuant to TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2014). In the petition filed in this court, Relator requests that this court require the trial court to file facts and conclusions of law and to transmit his Article 11.07 application, along with the facts and conclusions of law, to this court.[1] We dismiss Relator's petition for want of jurisdiction.

According to his petition, Relator has already filed an Article 11.07 application in the trial court. Because Relator has an Article 11.07 application

---

[1]We note that Relator failed to attach any documentation to his petition in this court and, thus, failed to comply with the Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.

pending, we have no jurisdiction to grant the relief that he requests in the petition filed in our court. *See Padieu v. Court of Appeals of Texas, Fifth Dist.*, 392 S.W.3d 115, 117–18 (Tex. Crim. App. 2013) (indicating that the Texas Court of Criminal Appeals has exclusive jurisdiction when an Article 11.07 application is pending). We have no authority to issue writs of mandamus in criminal law matters pertaining to proceedings under Article 11.07. *In re McAfee*, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

Relator's petition is dismissed for want of jurisdiction.

PER CURIAM

April 2, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.